1  Scott C. Clarkson, Esq. (SBN 143271)
   Eve A. Marsella, Esq. (SBN 165797)
2  Christine M. Fitzgerald, Esq. (SBN 259014)
   CLARKSON, GORE & MARSELLA, APLC
3  3424 Carson St #350
   Torrance, CA 90503
4  Tel: (310) 542-0111
   Fax: (310) 214-7254
5  Attorneys for Drayage Express, Corp

6

                    UNITED STATES BANKRUPTCY COURT
7

                    CENTRAL DISTRICT OF CALIFORNIA,
8
                        LOS ANGELES DIVISION
9

10
   In Re                              Case No.  2:09-bk-32783-VZ
11

12 **Drayage Express, Corp.,**         Chapter 11
              **a California corporation,**
                                       **FIRST CHAPTER 11 CASE STATUS**
13                                     **REPORT**
          Debtor in Possession.
14
                                       Date:   October 15, 2009
15                                     Time:   9:30 a.m.
                                       Ctrm:   1368
16

17

18        **TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES**

19 **BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND**

20 **OTHER INTERESTED PARTIES:**

21        Drayage Express Corp., Chapter 11 Debtor and Debtor in Possession (the "Debtor" or

22 "Drayage") hereby submits its First Case Status Report for the period of August 25, 2009,

23 through October 15, 2009.

24    **A. Background**

25        On August 25, 2009 (the "Petition Date"), the Debtor filed a voluntary petition under

26 Chapter 11 of the Bankruptcy Code.  The Debtor is a California corporation, and its corporate

27 headquarters are presently located at 17707 South Santa Fe Ave., Rancho Dominquez, CA

28

90221. Under 11 U.S.C. §§ 1107 and 1108, the Debtor has remained in possession of all of its assets and continues to operate and manage its business as a debtor-in-possession during the pendency of the Chapter 11 case.

The Debtor incorporated in the state of California on or around December 3, 2002. It is a distribution trucking company that transports its customers' product from the ports of Los Angeles and Long Beach either directly to the customer or to its warehouse for storage and later delivery. The Debtor primarily transports and stores wood products.

The Debtor began operating out of a warehouse that was approximately 72,000 square feet in size. After several years of operation, the Debtor's business had increased and it required an additional warehouse to store its customer's product. In or about November, 2006, the Debtor entered into its current sublease agreement for property located at 17707 S. Santa Fe Ave., Rancho Dominguez, CA 90221. However, in 2008, the California Air Resources Board (the "CARB") altered the requirements for importing wood into California, placing various restrictions on wood imports. Shortly thereafter, many of the Debtor's customers ceased doing business in California because of the new CARB restrictions, the declining economy and other various business reasons. However, customers are now readjusting their business models, and are again beginning to re-import wood product, and utilizes the Debtor's services. However, the Debtor's current warehouse is significantly too large for its current business operations, and thus the Debtor cannot continue in business at its present location. The Debtor's current landlord refused to permanently readjust the lease amount (the former contract rate is approximately $76,000 per month). However, the Debtor has been using only half the space since agreeing to permit the landlord to use approximately 41,000 square feet and the landlord sought an unlawful detainer ("UD") action against the Debtor. The UD hearing was set on the day before the filing of the Debtor's Petition. The landlord and the Debtor entered into a Settlement Agreement, dated July 5, 2009, in which the parties agreed that the Debtor shall pay $37,500 per month for approximately half the space for a period of three months. The landlord has been in the other space itself.

///

The Debtor has located a new premises for its operations and has received Court authority to enter into a new sublease.

**B. OUST Compliance**

The Debtor is in compliance with all of duties under 11 U.S.C. §521, 1106, and 1107 and all applicable guidelines of the Office of the United States Trustee.

**C. Professionals**

The Debtor has employed Clarkson, Gore & Marsella, A Professional Law Corporation ("CGM"). The Debtor retained CGM as its bankruptcy counsel. CGM's employment was approved by the Court by an order entered on September 22, 2009.

**D. Post-Petition Operations**

The Debtor continues to operate and maintain its business and has made an effort to reduce its monthly expenses. The Debtor current runs on a cash-positive basis. The Debtor and Wells Fargo Bank have entered into a court- approved Cash Collateral agreement that runs through January 31, 2010.

**E. Litigation**

On or around June 11, 2009, AZ/CFS West, Inc. (the AZ West") initiated an action in the Superior Court of the State of California in the County of Los Angeles, captioned AZ/CFS West, Inc. v. Drayage Express Corp., Jim Cullison, and Does 1 through 100, Inclusive, Case No. TC022903, by the filing of a complaint (the "State Court Action"). The State Court Action seeks relief based on allegations of a fraudulent transfer from Defendants in excess of $200,000.00. The Debtor is preparing and intends to remove the State Court Action to the United States Bankruptcy Court for the Central District of California, Los Angeles Division.

On or around October 5, 2009, AZ/CFS West, Inc. (the AZ West") initiated an action in the Superior Court of the State of California in the County of Los Angeles, captioned AZ/CFS West, Inc. v. Reload Logistics, Inc., Jimmie Cullison, San Ysidro Invsetments II, LLC, a California Limited Liability Company, Hitachi Automotive Products (USA), Inc., a Delaware

corporation, NAI Capital, Inc., a California corporation, Robert W. Morris, an individual, and Does 1 through 100, Inclusive, Case No. TC022903, by the filing of a complaint (the "Second State Court Action"). The state court Action seeks relief based on allegations of a fraudulent transfer from Defendants. Mr. Cullison is preparing and intends to remove the Second State Court Action to the United States Bankruptcy Court for the Central District of California, Los Angeles Division.

The Debtor is preparing a complaint against AZ West for (1) Intentional Violation of the Automatic Stay (11 U.S.C. §362(a)(3)); (2) Intentional Interference with Contract Against AZ West; (3) Intentional Interference with Prospective Economic Advantage; and (4) Equitable Subordination of the AZ West Administrative and Unsecured Claim.

**F. Executory Contracts and leases involving non-residential real property**

On or around September 10, 2009, the Debtor filed its Motion to Reject Unexpired Non-Residential Real Property Sublease with AZ/CFS West, Inc. On or around September 25, 2009, the Landlord filed a Notice of Opposition and Request for Hearing. The Debtor has set the hearing on its Motion to Reject Unexpired Non-Residential Real Property Sublease with AZ/CFS West, Inc. for October 27, 2009. AZ/CFS West alleged that there is no unexpired lease to reject.

**G. New Sublease**

On or around October 6, 2009, the Court approved the Debtor's Motion for Order Authorizing the Debtor in Possession to enter into a Post-Petition Sublease with Hitachi

**H. Plan and Disclosure Statement**

The Debtor, is expecting to file a Disclosure Statement and Plan on or before February 28, 2010.

**I. Proofs of Claim**

The Debtor proposes to establish January 30, 2010, as the deadline for filing proofs of claim.

## J. Potential Avoidance Actions

The Debtor is examining all potential avoidance actions.

Dated: October 6, 2009                     CLARKSON, GORE & MARSELLA, APLC

By _____
   Scott C. Clarkson
   Eve A. Marsella
   Christine M. Fitzgerald
   Attorneys for Drayage Express, Corp.,
   Debtor and Debtor in Possession

| In re:                                              | CHAPTER 11                          |
|-----------------------------------------------------|-------------------------------------|
| Drayage Express, Corp.,                             | CASE NUMBER: 2:09-bk-32783-VZ       |
| Debtor(s) and Debtors in Possession                 |                                     |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3424 Carson Street Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described **First Chapter 11 Case Status Report** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 9, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**U.S. TRUSTEE (LA)**
ustpregion16.la.ecf@usdoj.gov

Dare Law
dare.law@usdoj.gov

**COUNSEL FOR AZ WEST CFS. INC.**
David I Brownstein
brownsteinlaw@gmail.com

**COUNSEL FOR SECURED LENDER WELLS FARGO**
Marc Andrews
sandra.g.mcmasters@wellsfargo.com

☐                                                        Service information continued on attached page
**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On October 9, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒                                                        Service information continued on attached page.

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I caused the following person(s) and/or entity(ies) to be served by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 9, 2009 | Michelle Carpenter | *Maq* |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

## Service List by Overnight Delivery

### JUDGE
Honorable Vincent P. Zurzolo
255 E. Temple Street
Suite 1360
Los Angeles, CA 90012

## Service List by Mail

### DEBTOR
Drayage Express, Corp.
17707 S. Santa Fe Ave.
Rancho Dominguez, CA 90221

### TOP 20 UNSECURED CREDITORS
Premium Finance Specialist
P.O. Box 100384
Pasadena, CA 91189-0384

Kaiser Foundation Health
Attn: Rudy Garcia
File 5915
Los Angeles, CA 90074-5915

Valley Alarm
Attn: Klaudia
P.O. Box 399
Sun Valley, CA 91353-0399

Malmer Strapping Co., Inc
Attn: Suzanne
8842 E. Somerset Blvd.
Paramount, CA 90723

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 **F 9013-3.1**

<table>
<tr><td>In re:<br><br>    Drayage Express, Corp.,<br><br>                                  Debtor(s) and<br>                         Debtors in Possession</td><td>CHAPTER 11<br><br>CASE NUMBER:  2:09-bk-32783-VZ</td></tr>
</table>

Amerigas
16800 S. Main Street
Gardena, CA  90248-3122

Mediterranean Shipping Co.
Attn: Perdiem Dept.
420 Fifth Ave
New York, NY  10018-2709

City of Paramount
c/o Parking Citation Service
P.O. Box 11923
Santa Ana, CA  92711

Arrowhead Direct
6661 Dixie Hwy Suite 4
#215
Louisville, KY  40258

**Counsel for AZWest Cfs. Inc.**
Jeffrey Sax
660 S. Figueroa St. Suite 2400
Los Angeles, CA 90017

**Secured Creditor**
Penske Truck Leasing
Attn: Gunnar
P.O. Box 7429
Pasadena, CA  91109-7429

**Other Creditors**
Franchise Tax Board
P.O. Box 942840
Sacramento, CA  94240-0040

Franchise Tax Board
Bankruptcy Business Entities
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 145566
Cincinnati, OH  45250-5566

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**

| In re:<br><br>Drayage Express, Corp.,<br><br><div align="right">Debtor(s) and<br>Debtors in Possession</div> | CHAPTER 11<br><br>CASE NUMBER: 2:09-bk-32783-VZ |
| --- | --- |

Local IRS Office
611 W. 6th Street
4th Floor
Los Angeles, CA 90017

LA County Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**