| | |
|---|---|
| 1  Scott C. Clarkson, Esq. (SBN 143271)<br>   Eve A. Marsella, Esq. (SBN 165797)<br>2  Christine M. Fitzgerald, Esq. (SBN 259014)<br>   CLARKSON, GORE & MARSELLA, APLC<br>3  3424 Carson St #350<br>   Torrance, CA 90503<br>4  Tel:  (310) 542-0111<br>   Fax: (310) 214-7254<br>5  Attorneys for Drayage Express, Corp | **FILED & ENTERED**<br><br>**OCT 20 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY johnson   DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In Re<br><br>**Drayage Express, Corp.,**<br>           **a California corporation,**<br><br>      Debtor in Possession. | Case No.  2:09-bk-32783-VZ<br><br>Chapter 11<br><br>**ORDER FOR MANDATORY MEDIATION ON ALL ISSUES INVOLVING THE DEBTOR AND AZ/CFS WEST, INC.**<br><br>Date:    October 15, 2009<br>Time:    9:30 a.m.<br>Ctrm:    1368 |

   On October 15, 2009 at 9:30 a.m., the Status Hearing on the Chapter 11 case of Drayage Express, Corp., Chapter 11 Debtor and Debtor in Possession ("Debtor") was held. Appearing for the Debtor was Scott C. Clarkson, Esq. of Clarkson, Gore & Marsella, APLC.  No other appearances were made.

   The Court, having reviewed the Debtor's Status Report, the pleadings in this case, the representations made to the Court during the Status Hearing, and noting that significant disputes exist between the Debtor and AZ/CFS West, Inc., including but not limited to pre- and post litigation, and motions arising in this Court, and further noting that these disputes, and all of

1

ORDER SUA SPONTE COMPELLING MANDATORY MEDIATION

1  them, are central to the administration of the Debtor's Estate, hereby **ORDERS AS**
2  **FOLLOWS:**
3     1. The Debtor and AZ/CFS West, Inc. (together the "Parties") are hereby **ORDERED** to
4        engage in mediation forthwith on each and every issue involving a dispute between the
5        Parties. Each party shall have in attendance a principal authorized to settle all issues.
6     2. The mediation shall be completed within sixty (60) days of the entry of this Order.
7     3. Debtor's Counsel is required to provide telephonic notice to Counsel to AZ/CFS West,
8        Inc. of this order by no later than October 15, 2009.
9     **IT IS SO ORDERED**
10                            ###

26  DATED: October 20, 2009

_United States Bankruptcy Judge_

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER SUA SPONTE FOR MANDATORY MEDIATION ON ALL ISSUES INVOLVING THE DEBTOR AND AZ/CFS WEST, INC.** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 15, 2009   , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Counsel for Top 20 Unsecured Creditor, Landlord, AZ/CFS West, Inc.**
David I Brownstein    brownsteinlaw@gmail.com

**Counsel for Secured Lender, Wells Fargo Bank, N.A.**
Marc Andrews    sandra.g.mcmasters@wellsfargo.com

**U.S. Trustee**
ustpregion16.la.ecf@usdoj.gov

**Attorney for U.S. Trustee**
Dare Law    dare.law@usdoj.gov

**Attorney for Debtor**
Scott C Clarkson    sclarkson@lawcgm.com
Christine M Fitzgerald    cfitzgerald@lawcgm.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**DEBTOR**
Drayage Express, Corp.
17707 S. Santa Fe Ave.
Rancho Dominguez, CA 90221

**NEW LANDLORD**
Hitachi Automotive Products (USA), Inc.
550 West Artesia Boulevard
Compton, CA 90220

**CO-TENANTS**
Jimmie Cullison
11905 Yearling Street
Cerritos, CA 90703

Reload Logistics, Inc.
11905 Yearling Street
Cerritos, CA 90703

**Attorneys for Top 20 Unsecured Creditor, Landlord, AZ/CFS West, Inc.**
Jeffrey Sax
660 S. Figueroa St. Suite 2400
Los Angeles, CA 90017

Case 2:09-bk-32783-VZ   Doc 78   Filed 10/20/09   Entered 10/20/09 16:50:32   Desc
Main Document    Page 5 of 6

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson St., Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described **ORDER SUA SPONTE FOR MANDATORY MEDIATION ON ALL ISSUES INVOLVING THE DEBTOR AND AZ/CFS WEST, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL ~~OR OVERNIGHT MAIL~~** (indicate method for each person or entity served)**:**
On ___October 15, 2009___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an ~~overnight mail~~ service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**
Vincent P. Zurzolo
255 E. Temple St., Suite 1362
Los Angeles, CA  90012

**Counsel for Top 20 Unsecured Creditor, Landlord, AZ/CFS West, Inc.**
Jeffrey Sax
660 S. Figueroa St. Suite 2400
Los Angeles, CA 90017

David I. Brownstein
21700 Oxnard Street, Suite 1160
Woodland Hills, CA 91367

**DEBTOR**
Drayage Express, Corp.
17707 S. Santa Fe Ave.
Rancho Dominguez, CA 90221

**NEW LANDLORD**
Hitachi Automotive Products (USA), Inc.
550 West Artesia Boulevard
Compton, CA 90220

5
ORDER SUA SPONTE COMPELLING MANDATORY MEDIATION

**CO-TENANTS**
Jimmie Cullison
11905 Yearling Street
Cerritos, CA 90703

Reload Logistics, Inc.
11905 Yearling Street
Cerritos, CA 90703

**Office of the United States Trustee**
Dare Law
725 South Figueroa St., Suite 2600
Los Angeles, CA  90017

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 15, 2009 | Michelle Carpenter | /S/ Michelle Carpenter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |