Scott C. Clarkson, Esq. (SBN 143271)
Eve A. Marsella, Esq. (SBN 165797)
Christine M. Fitzgerald, Esq. (SBN 259014)
CLARKSON, GORE & MARSELLA, APLC
3424 Carson St #350
Torrance, CA 90503
Tel: (310) 542-0111
Fax: (310) 214-7254

Attorneys for Drayage Express, Corp

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In Re<br><br>**DRAYAGE EXPRESS, CORP.,**<br>**a California corporation,**<br><br>Debtor and Debtor in Possession. | Case No. 2:09-bk-32783-VZ<br><br>Chapter 11<br><br>**REPORT ON MEDIATION STATUS**<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

On October 20, 2009, this Court order that Drayage Express Corp., Chapter 11 Debtor and Debtor in Possession (the "Debtor" or "Drayage") and AZ/CFS West, Inc. ("AZ West"), engage in mediation on all disputes between the parties. On October 27, 2009, the Court further instructed AZ West to comply with its Order by cooperating with the Debtor in selection of a mediator from the Mediation Panel of the Central District of California.

The Debtor hereby submits its Report on Mediation Status with respect to disputes arising between Drayage and AZ West, as requested by the Court on October 27, 2009. The Debtor reports that shortly after the Court instructed AZ/CFS West, Inc. to cooperate with the

1

1 | Debtor in selection of a mediator, counsel for AZ West contacted Debtor's counsel and a
2 | mediator, Alan I. Nahmias, Esq., was selected. A mediation session is scheduled at this time for
3 | November 9, 2009 in the offices of Alan I. Nahamias, Esq.

Dated: October 29, 2009

CLARKSON, GORE & MARSELLA, APLC

By /s/ Scott C. Clarkson
Scott C. Clarkson
Eve A. Marsella
Christine M. Fitzgerald
Attorneys for Drayage Express, Corp.,
Debtor and Debtor in Possession

| In re:<br><br>Drayage Express, Corp.,<br><br>Debtor(s) and<br>Debtors in Possession | CHAPTER 11<br><br>CASE NUMBER: 2:09-bk-32783-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document **REPORT ON MEDIATION STATUS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>October 29, 2009</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Counsel for AZ/CFS West, Inc**
David Brownstein, Esq.
brownsteinlaw@gmail.com

**U.S. Trustee (LA)**
Ustpregion16.la.ecf@usdoj.gov

☐                                                                                      Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>October 29, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Judge**
Vincent P. Zurzolo
255 E. Temple Street Suite 1360
Los Angeles, CA 90012

**Counsel for AZ/CFS West, Inc.**
Jeffrey F. Sax, Esq
660 S. Figueroa Street 24th Floor
Los Angeles, CA 90017

**Debtor**
Drayage Express, Corp.
17707 S. Santa Fe Ave.
Rancho Dominguez, CA 90221

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                            **F 9013-3.1**

| In re:                                                    | CHAPTER 11                         |
|-----------------------------------------------------------|------------------------------------|
| Drayage Express, Corp.,                                   | CASE NUMBER: 2:09-bk-32783-VZ      |
| Debtor(s) and Debtors in Possession                       |                                    |

☐    Service information continued on attached page.

**SERVED BY <s>PERSONAL DELIVERY,</s> FACSIMILE <s>TRANSMISSION OR EMAIL</s>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _. I caused the following person(s) and/or entity(ies) to be served by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email and/or telephonic notice as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 29, 2009 | Carla Benson | *[signed]* Benson |
|------------------|--------------|-------------------|
| *Date*           | *Type Name*  | *Signature*       |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1