Marc Andrews (SBN 075704)
OFFICE OF THE GENERAL COUNSEL
WELLS FARGO & COMPANY
21680 Gateway Center Drive, Suite 280
Diamond Bar, California 91765-2435
Telephone No. (626) 965-9465
Facsimile No. (909) 861-9253
(WFB 174155752-6171/SM)

Attorneys for Wells Fargo Bank, National Association

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DRAYAGE EXPRESS, CORP.,<br><br>Debtor. | Bk. No. 2:09-bk-32783-VZ<br><br>Chapter 11<br><br>WELLS FARGO BANK, N.A.'S STATEMENT OF NONOPPOSITION TO DEBTOR'S MOTION FOR INTERIM USE OF CASH COLLATERAL<br><br>Date: February 23, 2010<br>Time: 11:00 a.m.<br>Ctrm: 1368 |

Wells Fargo Bank, National Association, a secured creditor and party-in-interest, does not oppose Debtor's Motion For Interim Use of Cash Collateral [For the period February 1, 2010 through April 30, 2010].

Dated: February 9, 2010

OFFICE OF THE GENERAL COUNSEL
WELLS FARGO & COMPANY

By /s/ Marc Andrews
Marc Andrews
Attorneys for Wells Fargo Bank, National Association

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21680 Gateway Center Drive, Suite 280, Diamond Bar, CA 91765-2435**

A true and correct copy of the foregoing document described **WELLS FARGO BANK, N.A.'S STATEMENT OF NONOPPOSITION TO DEBTOR'S MOTION FOR INTERIM USE OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 9, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- David I Brownstein, brownsteinlaw@gmail.com
- Scott C Clarkson, sclarkson@lawcgm.com
- Christine M Fitzgerald, cfitzgerald@lawcgm.com
- Dare Law , dare.law@usdoj.gov
- Bonni S Mantovani, bm@brownsteinllp.com
- Eve A Marsella, emarsella@lawcgm.com
- Alan I Nahmias, anahmias@mirmanbubman.com, jdale@mirmanbubman.com
- United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On February 9, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February ________________ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 9, 2010 | Sandra G. McMasters | /S/ Sandra G. McMasters |
|---|---|---|
| *Date* | *Type Name* | *Signature* |