| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **BROWNSTEIN & BROWNSTEIN, LLP**<br>**DAVID I. BROWNSTEIN (SBN 195393)**<br>21700 Oxnard Street, Suite 1160<br>Woodland Hills, CA  91367<br>Telephone: (818) 905-0000<br>Facsimile: (818) 593-3988<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant*, AZ/CFS West, Inc. | **FILED & ENTERED**<br><br>MAR 03 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** kaaumoan **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>DRAYAGE EXPRESS, CORP., a California corporation<br><br>                                                                                   Debtor(s).<br><br>                                                                                   Trustee. | CHAPTER: 11<br><br>CASE NO.: 2:09-bk-32783-VZ<br><br>DATE: February 16, 2010<br>TIME: 10:30 AM<br>CTRM: 1368<br>FLOOR: |
|---|---|

## ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362
**(MOVANT:** AZ/CFS West, Inc.)

1. The Motion was:     ☒ Contested     ☐ Uncontested     ☐ Not Prosecuted

2. The description of the property (the "Property") to which this Order applies is as follows *(specify common description or street address)*:
   17707 S. Santa Fe Avenue, rancho Dominguez, California 90221

3. The Motion is denied:    ☐ without prejudice    ☐ with prejudice    ☒ on the following grounds:
   ☐ Based upon the findings and conclusions made on the record at the hearing
   ☐ Unexcused non-appearance by Movant
   ☐ Lack of proper service
   ☐ Lack of good cause shown for relief from stay
   ☐ The automatic stay is no longer in effect under:   ☐ 11 U.S.C. § 362(c)(2)(A)   ☐ 11 U.S.C. § 362(c)(2)(B)
                                                         ☐ 11 U.S.C. § 362(c)(3)(A)   ☐ 11 U.S.C. § 362(c)(4)(A)

   ☒ Other *(specify)*:    Adequate Protection is granted to Movant pursuant to the terms attached hereto.

4. ☐ Movant may not file another motion for relief from the stay in this case absent a court order authorizing re-filing.

####

DATED: March 3, 2010

_____
United States Bankruptcy Judge

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 4001-10.DENY**

| In re: | | CHAPTER: 11 |
|---|---|---|
| DRAYAGE EXPRESS CORP., a California corporation | Debtor. | CASE NUMBER: 2:09-bk-32783 VZ |

## ADEQUATE PROTECTION

Adequate Protection is granted to Movant as follows:

1.  The Debtor shall make regular monthly payments in the amount of $35,000.00, plus 66% of the total triple-net charges as those charges are set out in the pre-petition lease of October 23, 2006, excluding electricity charges, commencing March 1, 2010.

2.  Upon any default in the foregoing terms and conditions, Movant may proceed with a motion for relief from stay with respect to Debtor's default as to the adequate protection provided for by this Order.

3.  The foregoing terms and conditions shall be binding only during the pendency of this Bankruptcy Case.

4.  Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-10.DENY**

Order Denying Motion for Relief from Automatic Stay – Page 3 of 4    **F 4001-10.DENY**

| In re:<br>DRAYAGE EXPRESS CORP., a California corporation<br><br><br>Debtor. | CHAPTER: 11<br><br>CASE NUMBER: 2:09-bk-32783 VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:** On 2/26/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Attorney for Debtor**<br>**Scott C Clarkson**<br>3424 Carson St Ste 350<br>Torrance, CA 90503 | **Debtor**<br>**Drayage Express, Corp.**<br>17707 South Santa Fe Ave.<br>Rancho Dominguez, CA 90221 |
|---|---|
| **United States Trustee (LA)**<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017 | **Attorney for UST**<br>**Dare Law**<br>725 S Figueroa St 26th Fl<br>Los Angeles, CA 90017 |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/26/10 | Karen Slyapich | /s/ Karen Slyapich |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-10.DENY**

| In re: | | CHAPTER: 11 |
|---|---|---|
| DRAYAGE EXPRESS CORP., a California corporation | Debtor. | CASE NUMBER: 2:09-bk-32783 VZ |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER DENYING MOTION FRO RELIEF FROM AUTOMATIC STAY was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 2/26/10, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
- Marc Andrews   sandra.g.mcmasters@wellsfargo.com
- David I Brownstein   brownsteinlaw@gmail.com
- Scott C Clarkson   sclarkson@lawcgm.com
- Christine M Fitzgerald   cfitzgerald@lawcgm.com
- Dare Law   dare.law@usdoj.gov
- Bonni S Mantovani   bm@brownsteinllp.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Drayage Express, Corp.
17707 South Santa Fe Ave.
Rancho Dominguez, CA 90221

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 4001-10.DENY**