1  Scott C. Clarkson, Esq. (SBN 143271)
   Eve A. Marsella, Esq. (SBN 165797)
2  Christine M. Fitzgerald, Esq. (SBN 259014)
   CLARKSON, GORE & MARSELLA, APLC
3  3424 Carson St #350
   Torrance, CA 90503
4  Tel: (310) 542-0111
   Fax: (310) 214-7254
5  Attorneys for Drayage Express, Corp

6

7              UNITED STATES BANKRUPTCY COURT

8              CENTRAL DISTRICT OF CALIFORNIA
               LOS ANGELES DIVISION
9

10
   In Re                           Case No. 2:09-bk-32783-VZ
11
   **Drayage Express, Corp.,**        Chapter 11
12        **a California corporation,**
                                    NOTICE OF HEARING ON MOTION FOR
13                                  APPROVAL OF DEBTOR'S DISCLOSURE
        Debtor in Possession.       STATEMENT AND CHAPTER 11 PLAN
14
                                    Date:  June 24, 2010
15                                  Time:  1:30 p.m.
                                    Ctrm:  1368
16

17

18      **TO ALL KNOWN CREDITORS AND PARTIES-IN-INTEREST OF THE**

19  **ABOVE-REFERENCED DEBTOR:**

20      A hearing will be held on June 24, 2010, at 1:30 p.m., in Courtroom 1368 of the United

21  States Bankruptcy Court, located 255 E. Temple Street, Los Angeles, CA 90012, to consider and

22  rule on the adequacy of the information contained in the Disclosure Statement and any other

23  matter that may properly come before the Court at that time.

24      Upon its filing, the Debtor will furnish to any creditor or other party-in-interest a copy of

25  the Disclosure Statement upon written request made by mail to Christine M. Fitzgerald, Esq.

26  Clarkson, Gore & Marsella, APLC, 3424 Carson Street, Suite 350, Torrance, CA 90503, or by e-

27  mail at cfitzgerald@lawcgm.com.

28  ///

---
1
NOTICE OF HEARING ON DISCLOSURE STATEMENT AND CHAPTER 11 PLAN

| | |
|---|---|
| 1 | **ANY OBJECTIONS TO THE DISCLOSURE STATEMENT MUST BE FILED** |
| 2 | **WITH THE COURT AND SERVED UPON THE DEBTOR'S COUNSEL AT THE** |
| 3 | **ADDRESS INDICATED IN THE UPPER LEFT CORNER OF THIS NOTICE, AND** |
| 4 | **UPON THE OFFICE OF THE UNITED STATES TRUSTEE, 725 SOUTH FIGUEROA** |
| 5 | **STREET, SUITE 2600, LOS ANGELES, CA 90017 ATTN: DARE LAW, ESQ., NO** |
| 6 | **LATER THAN FOURTEEN (14) DAYS PRIOR TO THE HEARING DATE SET FORTH** |
| 7 | **ABOVE.** |
| 8 | **ANY OBJECTIONS NOT FILED AND SERVED IN THE MANNER SET FORTH** |
| 9 | **HEREIN MAY BE DEEMED WAIVED.** |
| 10 | The hearing on the approval of the Disclosure Statement may be adjourned from time to |
| 11 | time by announcement made in open Court without further notice to creditors or other parties-in- |
| 12 | interest. |
| 13 | Section 1125(c) of the Bankruptcy Code prohibits the solicitation of any acceptance or |
| 14 | rejection of the Plan until after an approved disclosure statement has been transmitted to |
| 15 | creditors. |
| 16 | Dated: April 22, 2010     CLARKSON, GORE & MARSELLA, APLC |
| 17 | |
| 18 | By /s/ Scott C. Clarkson |
| 19 |     Eve A. Marsella |
|    |     Christine M. Fitzgerald |
| 20 |     Attorneys for Drayage Express, Corp., |
|    |     Debtor and Debtor in Possession |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2
NOTICE OF HEARING ON DISCLOSURE STATEMENT AND CHAPTER 11 PLAN

| In re:<br><br>Drayage Express, Corp.,<br><br>Debtor(s) and<br>Debtors in Possession | CHAPTER 11<br><br>CASE NUMBER:  2:09-bk-32783-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3424 Carson Street Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document NOTICE OF HEARING ON MOTION FOR APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT AND CHAPTER 11 PLAN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 22, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR ~~OVERNIGHT MAIL~~**(indicate method for each person or entity served)**:**
On **April 22, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/~~or with an overnight mail service~~ addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒    Service information continued on attached page

**SERVED BY ~~PERSONAL DELIVERY,~~ FACSIMILE ~~TRANSMISSION OR EMAIL~~** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _._ I caused the following person(s) and/or entity(ies) to be served by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email and/or telephonic notice as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 22, 2010 | Brenda L. Campos | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1

| In re: | CHAPTER 11 |
|---|---|
| Drayage Express, Corp., Debtor(s) and Debtors in Possession | CASE NUMBER:  2:09-bk-32783-VZ |

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

**Counsel for AZ/CFS West, Inc**
David I Brownstein    brownsteinlaw@gmail.com
Bonni S Mantovani    bm@brownsteinllp.com

**Bankruptcy Mediator**
Alan I Nahmias    anahmias@mirmanbubman.com, jdale@mirmanbubman.com

**U.S. Trustee (LA)**
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**Counsel for U.S. Trustee**
Dare Law    dare.law@usdoj.gov

**Counsel for Creditor, Wells Fargo**
Marc Andrews    sandra.g.mcmasters@wellsfargo.com

## SERVED BY U.S. MAIL

**Judge**
Vincent P. Zurzolo
255 E. Temple Street Suite 1360
Los Angeles, CA 90012

**Debtor**
Drayage Express, CA
17707 South Santa Fee Ave.
Rancho Dominguez, CA 90221-4519

**Creditors and other interested parties**
Creditor AZ/CFS West
AZ/CFS West, Inc.
c/o 21700 Oxnard Street, Suite 1160
Woodland Hills, CA 91367-7576

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              F 9013-3.1

| In re:  Drayage Express, Corp.,  Debtor(s) and Debtors in Possession | CHAPTER 11  CASE NUMBER: 2:09-bk-32783-VZ |
|---|---|

**SERVED BY U.S. MAIL(Cont'd)**

Franchise Tax Board
Attn.: Bankruptcy
P.O. Box 2952
Sacramento, CA  95812-2952

IRS
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA  19114-0326

IRS P.O. Box 21126
Philadelphia, PA
P.O. Box 21126
Philadelphia, CA  19114-0325

IRS
P.O. Box 145566
Cincinnati, OH  45250-5566

L.A. County Tax Collector
Bankruptcy Unit 2615 S. Grand
Los Angeles, CA  90007-2608

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA  90007-2608

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA  90053-0200

Securities & Exchange Commission
5670 Wilshire Ave., 11th Floor
Los Angeles, CA  90036-5627

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                       F 9013-3.1

| In re:<br><br>Drayage Express, Corp.,<br><br>Debtor(s) and<br>Debtors in Possession | CHAPTER 11<br><br>CASE NUMBER:  2:09-bk-32783-VZ |
|---|---|

**SERVED BY U.S. MAIL(Cont'd)**

Wells Fargo Bank NA
Office of the General Counsel
Marc Andrews
Wells Fargo & Co.
21680 Gateway Center Dr., Ste 280
Diamond Bar, CA  91765-2456

AZ West Cfs, Inc.
875 Devon Ave.
Elk Grove Village, IL  60007-5223

Amerigas
16800 S. Main Street
Gardena, CA  90248-3122

Arrowhead Direct
6661 Dixie Hwy Suite 4
#215
Louisville, KY  40258-3950

Candice LaCombe
1502 E. Carson Street, #104
Carson, CA  90745-2326

Carlos Avina
535 N. Avalon
Wilmington, CA  90744-5805

City of Paramount
c/o Parking Citation Service
P.O. Box 11923
Santa Ana, CA  92711-1923

Dan Jackson
21509 Scannel Ave.
Torrance, CA  90503-6240

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                      F 9013-3.1

| In re:<br>Drayage Express, Corp.,<br>Debtor(s) and<br>Debtors in Possession | CHAPTER 11<br>CASE NUMBER: 2:09-bk-32783-VZ |
|---|---|

**SERVED BY U.S. MAIL(Cont'd)**

Emilio Garriga
15740
Ryan Ave., #1
Bellflower, CA 90706-3671

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
P.O. Box 942840
Sacramento, CA 94240-0040

Guillermo Burrientos
11487 Birch Street
Lynwood, CA 90262-3455

Jacqueline LaCombe
1502 E. Carson Street, #104
Carson, CA 90745-2326

Javier Sedano
14618 Daphne Ave.
Gardena, CA 90249-3240

Jimmie Cullson
11905 Yearling Street
Cerritos, CA 90703-7614

Jorge Avina
937 McFarland Ave.
Wilmington, CA 90744-3625

Kaiser Foundation Health
File 5915
Los Angeles, CA 90074-5915

LA County Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 9013-3.1

| In re:<br>Drayage Express, Corp.,<br><br>Debtor(s) and<br>Debtors in Possession | CHAPTER 11<br><br>CASE NUMBER: 2:09-bk-32783-VZ |
|---|---|

Los Angeles County Treasure
And Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

Larry Orozco
528 S. Sadler
Los Angeles, CA  90022-2730

Luis Palomar Jr.
3265 Santa Fe Ave. # 137
Long Beach, CA  90810-2418

Malmer Strapping Co., Inc
8842 E. Somerset Blvd.
Paramount, CA  90723-4659

Marvin Morales
12233 Cocopahtz Street
Moreno Valley, CA  92557-7624

Mediterranean Shipping Co.
420 Fifth Ave.
New York, NY  10018-2709

Penske Truck Leasing
P.O. Box 7429
Pasadena, CA  91109-7429

Premium Finance Specialist
P.O. Box 100384
Pasadena, CA  91189-0384

United States Trustee (LA)
725 S. Figueroa St., 26th Floor
Los Angeles, CA  90017-5524

Valley Alarm
P.O. Box 399
Sun Valley, CA  91353-0399

Wells Fargo Bank
18712 Girdley Rd.
Cerritos, CA  90703-5410

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                      F 9013-3.1

| In re:<br><br>Drayage Express, Corp.,<br><br>Debtor(s) and<br>Debtors in Possession | CHAPTER 11<br><br>CASE NUMBER:  2:09-bk-32783-VZ |
|---|---|

**SERVED BY U.S. MAIL(Cont'd)**

Wells Fargo Bank, NA
MAC #S4101-08C
100 W. Washington
Phoenix, AZ  85003-1805

Jeffrey Sax, Esq.
600 S. Figueroa St.
Suite 2400
Los Angeles, CA  90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1