**BROWNSTEIN & BROWNSTEIN, LLP**
**DAVID I. BROWNSTEIN (SBN 195393)**
21700 Oxnard Street, Suite 1160
Woodland Hills, CA  91367
Telephone: (818) 905-0000
Facsimile: (818) 593-3988

**LAW OFFICES OF JEFFREY F. SAX**
**JEFFREY F. SAX (SBN 109902)**
660 S. Figueroa St., 24th Fl.
Los Angeles, CA 90017
Telephone: (213) 623-5700

Counsel for AZ/CFS West, Inc.

> FILED & ENTERED
>
> APR 30 2010
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY speters   DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DRAYAGE EXPRESS, CORP., a California corporation,<br><br>          Debtor and Debtor in Possession. | Case No. 2:09-bk-32783-VZ<br><br>Chapter 11<br><br>**ORDER DENYING MOTION TO: 1) ENFORCE SETTLEMENT AGREEMENT, AND 2) AUTHORIZING COMPROMISE OF CONTROVERSY**<br><br>**Hearing Date:**<br>**Date**: April 20, 2010<br>**Time:** 11:00 A.M.<br>**Place:** Courtroom 1368 |

      A hearing was held on April 20, 2010, at 11:00 AM  before the Honorable Vincent Zurzolo, United States Bankruptcy Court Judge, in Courtroom 1368, located at 255 E. Temple Street, Los Angeles, CA 90012, for the Court to consider the Motion for Order (1) Enforcing Mediated Settlement, (2) Authorizing Compromise of Controversy (the "Motion") filed by Drayage Express Corp., (the "Debtor"), in the above-captioned Bankruptcy Case.  David Brownstein of Brownstein & Brownstein, LLP appeared on behalf of CFS/West, Inc., Scott Clarkson of Clarkson of Gore & Marsella, a PLC appeared on behalf of the Debtor.

1

1  Pursuant to the pleadings filed with the Court as to the Motion, the arguments made on
2  the record at the hearing on the Motion, and good cause appearing therefore;
3  **IT IS HEREBY ORDERED THAT:**
4  The Motion is denied.

####

END OF ORDER

DATED: April 30, 2010

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21700 Oxnard Street, Suite 1160, Woodland Hills, CA 91367

A true and correct copy of the foregoing document described as **[PROPOSED] ORDER RE: MOTION TO: 1) ENFORCE SETTLEMENT AGREEMENT, AND 2) AUTHORIZING COMPROMISE OF CONTROVERSY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL:** On 4/28/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Hon. Vincent Zurzolo<br>U.S. Bankruptcy Court<br>255 E. Temple St., #1360<br>Los Angeles, CA 90012 | **Attorney for UST**<br>**Dare Law**<br>725 S Figueroa St 26th Fl<br>Los Angeles, CA 90017 |
|---|---|
| **United States Trustee (LA)**<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017 | **Attorney for Debtor**<br>**Scott C Clarkson**<br>3424 Carson St Ste 350<br>Torrance, CA 90503 |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/28/10 | Karen Slyapich | /s/ Karen Slyapich |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER RE: MOTION TO: 1) ENFORCE SETTLEMENT AGREEMENT, AND 2) AUTHORIZING COMPROMISE OF CONTROVERSY** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 4/28/10, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Marc Andrews    sandra.g.mcmasters@wellsfargo.com
- David I Brownstein    brownsteinlaw@gmail.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Christine M Fitzgerald    cfitzgerald@lawcgm.com
- Dare Law    dare.law@usdoj.gov
- Bonni S Mantovani    bm@brownsteinllp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** As of _____, a copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

4