1  SCOTT C. CLARKSON, ESQ. SBN 143271
   EVE A. MARSELLA, ESQ. SBN 165797
2  CHRISTINE M. FITZGERALD, ESQ. SBN 259014
3  CLARKSON, GORE & MARSELLA
   A PROFESSIONAL LAW CORPORATION
4  3424 Carson Street, Suite 350
   Torrance, California 90503
5  (310) 542-0111 Telephone
   (310) 214-7254 Facsimile
6

7  Attorneys for Drayage Express, Corp.

8

9              UNITED STATES BANKRUPTCY COURT

10             CENTRAL DISTRICT OF CALIFORNIA,

11                  LOS ANGELES DIVISION

| | |
|---|---|
| 12  In Re | Case No.  2:09-bk-32783-VZ |
| 13  Drayage Express, Corp., | Chapter 11 |
| 14        a California corporation, | PROOF OF SERVICE RE: |
| 15     Debtor in Possession. | DEBTOR'S OPPOSITION TO MOTION OF AZ/CFS WEST, INC. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURUSANT TO 11 U.S.C. §§ 3656(D)(3) AND 503(B)(1); DECLARATIONS OF JIMMIE CULLISON AND SCOTT C. CLARKSON, ESQ. IN SUPPORT THEREOF |

Proof of Service

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3424 Carson Street Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described as **DEBTOR'S OPPOSITION TO MOTION OF AZ/CFS WEST, INC., FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 3656(d)(3) AND 503(b)(1); DECLARATIONS OF JIMMIE CULLISON AND SCOTT C. CLARKSON IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 17, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See Attached Service List**

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 17, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached Service List**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 17, 2010 | Brenda L. Campos | _/s/ Brenda L. Campos_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2010                                                                                                          **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

### Section I

### Served via NEF

**Counsel for AZ/CFS West, Inc**
David I Brownstein    brownsteinlaw@gmail.com
Bonni S Mantovani    bm@brownsteinllp.com

**Bankruptcy Mediator**
Alan I Nahmias    anahmias@mirmanbubman.com, jdale@mirmanbubman.com

**U.S. Trustee (LA)**
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**Counsel for U.S. Trustee**
Dare Law    dare.law@usdoj.gov

**Counsel for Creditor, Wells Fargo**
Marc Andrews    sandra.g.mcmasters@wellsfargo.com

**Counsel for Debtor**
Scott C. Clarkson sclarkson@lawcgm.com
Christine M. Fitzgerald    cfitzgerald@lawcgm.com

### Section II

### Served via US Mail

**JUDGE**
Honorable Vincent P. Zurzolo
255 E. Temple Street
Suite 1362
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2010

F 9013-3.1.PROOF.SERVICE