Scott C. Clarkson, Esq. (CA Bar No. 143271)
Eve A. Marsella, Esq. (CA Bar No. 165797)
**CLARKSON, GORE & MARSELLA, APLC**
3424 Carson Street, Suite 350
Torrance, California  90503
Telephone: 310/542-0111
Facsimile:  310/214-7254
Email: sclarkson@lawcgm.com

Attorneys for Debtor and Debtor-in-Possession
Drayage Express, Corp.

1
2
3
4
5
6
7

8

## UNITED STATES BANKRUPTCY COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

## LOS ANGELES DIVISION

11

| | |
|---|---|
| 12  In re: | Case No. 2:09-bk-32783-VZ |
| 13  DRAYAGE EXPRESS, CORP., a California | Chapter 11 Proceeding |
| 14  corporation, | **NOTICE OF MOTION AND MOTION FOR THE CONTINUANCE OF PLAN CONFIRMATION HEARING OF DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION; DECLARATION OF SCOTT C. CLARKSON IN SUPPORT THEREOF** |
| 15             Debtor and | |
| 16             Debtor-in-Possession. | |
| 17 | |
| 18 | DATE:     September 23, 2010 |
| 19 | TIME:     1:30 p.m. |
| 20 | PLACE:   Courtroom 1368 |
| 21 | |

22
23
24
25
26
27
28

1

**NOTICE OF MOTION**

2      **PLEASE TAKE NOTICE** that on September 23, 2010, at 1:30 p.m., in Courtroom 1368

3  located at the Edward R. Roybal Federal Building and Courthouse, 255 East Temple Street, Los

4  Angeles, California, 90012, Drayage Express Corp., Chapter 11 Debtor and Debtor in Possession

5  ("Drayage", "Debtor" or "Movant"), shall move the Court for an order continuing the

6  confirmation hearing on the Debtor's Chapter 11 Plan of Reorganization (the "Plan") until January

7  26, 2011.  The Motion is based upon this Notice of Motion and Motion, all pleadings and papers

8  on file in this action, and upon such other matters as may be presented to the Court at the time of

9  the hearing.

10      **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-

11  1(f), any party desiring to oppose or otherwise respond to the Motion, must file and serve on the

12  Moving Party and the Office of the United States Trustee, a complete written statement of all

13  reasons in opposition thereto or in support or joinder thereof.

14

Dated: September 1, 2010              CLARKSON, GORE & MARSELLA

15                                                A Professional Law Corporation

16

17                                     By: _____

18                                         Scott C. Clarkson
                                           Counsel for Drayage Express, Corp., Chapter 11
                                           Debtor and Debtor in Possession

19

20

21

22

23

24

25

26

27

28

-2-

**MOTION**

Pursuant to Local Bankruptcy Rule 9013-1(m), Drayage Express, Corp., the debtor and debtor-in-possession in this Chapter 11 case ("Debtor"), hereby submits its Motion to continue the hearing on confirmation of the First Amended Chapter 11 Plan ("First Amended Plan") filed by the Debtor ("Motion for Continuance").

The hearing on Confirmation of the First Amended Plan is currently set for September 23, 2010 at 1:30 p.m., and by this motion, the Debtor seeks a continuance until January 26, 2011, at 1:30 p.m. No prior continuance has been requested or granted. The Motion for Continuance is supported by the Declaration of Scott C. Clarkson attesting to the necessity of the continuance.

Background. The confirmation hearing for the First Amended Plan of Drayage Express Corp. is presently scheduled for September 23, 2010, pursuant to the Order of this Court entered on July 13, 2010 [Docket No. 152]. On July 27, 2010, the current landlord of the Debtor, AZ/CFS West filed its Motion to Determine Administrative Claim [Docket No. 158], which came on for initial hearing on August 31, 2010. The Court determined that this Administrative Claim Motion was a contested matter and established a discovery cut-off date of November 19, 2010, and a pre-trial hearing date of December 16, 2010. No trial date has been set at this time. The Court also ordered the parties to mediation, and the parties anticipate and have agreed that such mediation will be conducted on the week of September 27, 2010.

Reasons for the Requested Continuance. The final determination of the Administrative Claim of AZ/CFS West is required to confirm the First Amended Plan, and the Debtor believes that such claim amount will either be determined at mediation, future settlement activities, or ultimately by this Court. The Confirmation of the First Amended Plan is not time sensitive with respect to either the Debtor or AZ/CFS West; however the successful confirmation of the First Amended Plan is of ultimate importance to both AZ/CFS West and the Debtor. If the Plan is not confirmed, AZ/CFS West will not recover any amounts of payment since Wells Fargo Bank is the senior secured lender and would receive all of the asset value in a Chapter 7 proceeding, leaving nothing for the other creditors including AZ/CFS West. The Debtor's survival is also hinged on a successful reorganization.

1    The Debtor is currently operating under a cash collateral agreement with Wells Fargo

2    Bank, and is not expected to alter that relationship in the foreseeable future.  The Debtor is current

3    on all undisputed post-petition operating obligations and has timely paid all of its OUST Quarterly

4    Fees. The Debtor is in compliance with all OUST guidelines and regulations. The Debtor is

5    anticipated to be moved from its current premises (with AZ/CFS West as landlord) by the middle

6    to last part of September, 2010.  In fact, this will assist in the determination of the AZ/CFS West

7    Administrative Claim since the final move date will establish a terminus of the Administrative

8    Rent due to the landlord.

9    It is in the best interest of all parties in this case to continue the Confirmation Hearing until

10    late January, 2011, in order to establish the Administrative Claim of AZ/CFS West, and ultimately

11    confirm the First Amended Plan. The Debtor recommends that the hearing date be set for January

12    26, 2011.

13    Based on the foregoing, the Debtor respectfully requests that the Court enter an order

14    granting the Debtor's Motion for Continuance and such other relief that is just and proper.

15

16    Dated: September 1, 2010                CLARKSON, GORE & MARSELLA
                                              A Professional Law Corporation
17

18                                            By: _____
                                                  Scott C. Clarkson
19                                                Counsel for Drayage Express, Corp., Chapter 11
                                                  Debtor and Debtor in Possession
20

21

22

23

24

25

26

27

28

## DECLARATION OF SCOTT C. CLARKSON

I, Scott C. Clarkson, declare as follows:

1.      I am a counsel to Drayage Express, Corp., Chapter 11 Debtor and Debtor in Possession (the "Debtor"). I have personal knowledge of the following, or have gained such knowledge from my review of the case records of the Debtor and the court files in this case. These records are obtained, created and maintained in the ordinary course of business by Clarkson, Gore & Marsella, APLC, and if called as a witness, could and would competently testify thereto.

2.      This Declaration is being filed in support of the *Motion for the Continuance of the Hearing on the Confirmation of the First Amended Plan of Reorganization* of Drayage Express, Corp. (the "Motion for Continuance"). By this motion, the Debtor seeks a continuance until January 26, 2011 at 1:30 p.m.

3.      No prior continuance has been requested or granted.

4.      The confirmation hearing for the First Amended Plan of Drayage Express Corp. is presently scheduled for September 23, 2010, pursuant to the Order of this Court entered on July 13, 2010 [Docket No.152].

5.      On July 27, 2010, the current landlord of the Debtor, AZ/CFS West, filed its Motion to Determine Administrative Claim, which came on for initial hearing on August 31, 2010.

6.      On August 31, 2010, the Court determined that this Administrative Claim Motion was a contested matter and established a discovery cut-off date of November 19, 2010, and a pre-trial hearing date of December 16, 2010. No trial date has been set at this time.

7.      The Court also ordered the parties to mediation, and the parties anticipate and have agreed that such mediation will be conducted on the week of September 27, 2010.

8.      The final determination of the Administrative Claim of AZ/CFS West is required to confirm the First Amended Plan, and the Debtor believes that such claim amount will either be determined at mediation, future settlement activities, or ultimately by this Court.

9.      The Confirmation of the First Amended Plan is not time sensitive with respect to either the Debtor or AZ/CFS West; however the successful confirmation of the First Amended Plan is of ultimate importance to both AZ/CFS West and the Debtor. If the Plan is not confirmed,

1  AZ/CFS West will not recover any amounts of payment since Wells Fargo Bank is the senior

2  secured lender and would receive all of the asset value in a Chapter 7 proceeding.  The Debtor's

3  survival is also hinged on a successful reorganization.

4        10.    The Debtor is currently operating under a cash collateral agreement with Wells

5  Fargo, and is not expected to alter that relationship in the foreseeable future. Wells Fargo Bank

6  approves of the Debtor's First Amended Plan.

7        11.    The Debtor is current on all undisputed post-petition obligations and continues to

8  timely pay all of its OUST Quarterly Fees. The Debtor is in full compliance with all OUST

9  guidelines and requirements.

10        12.    The Debtor is anticipated to be moved from its current premises (with AZ/CFS

11  West as landlord) by the middle to last part of September, 2010.  In fact, this will assist in the

12  determination of the AZ/CFS West Administrative Claim since the final move date will establish a

13  terminus of the Administrative Rent due to the landlord.

14        I declare under penalty of perjury under the laws of the State of California that the

15  foregoing is true and correct and that this Declaration is executed on September 1, 2010 in

16  Torrance, California.

17

18                                              Scott C. Clarkson

19

20

21

22

23

24

25

26

27

28

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3424 Carson St., Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described as ***Notice of Motion and Motion for the Continuance of Plan Confirmation Hearing of Debtor's First Amended Plan of Reorganization; Declaration of Scott C. Clarkson in Support Thereof*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***September 1, 2010,*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***September 1, 2010,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**See attached service list**

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 1, 2010 | Michelle A. Carpenter | _(signature)_ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

## Service List

## Section I

### TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF)

**Counsel for AZ/CFS West, Inc**
David I Brownstein    brownsteinlaw@gmail.com
Bonni S Mantovani    bm@brownsteinllp.com

**Bankruptcy Mediator**
Alan I Nahmias    anahmias@mirmanbubman.com, jdale@mirmanbubman.com

**U.S. Trustee (LA)**
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

### Counsel for U.S. Trustee
Dare Law    dare.law@usdoj.gov

**Counsel for Creditor, Wells Fargo**
Marc Andrews    sandra.g.mcmasters@wellsfargo.com

## Section II

### SERVED BY U.S. MAIL

**Judge**
Honorable Vincent P. Zurzolo
255 E. Temple Street
Suite 1362
Los Angeles, Ca 90012

**Debtor**
Drayage Express, Corp.
17707 S. Santa Fe Ave.
Rancho Dominguez, Ca 90221

**Securities Exchange Commission**
Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, Ca  90036

**Top 20 Creditors**
Amerigas
16800 S. Main Street
Gardena, Ca  90248-3122

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                              F 9013-3.1.PROOF.SERVICE

Arrowhead Direct
6661 Dixie Hwy Suite 4
#215
Louisville, Ky  40258

City Of Paramount
C/O Parking Citation Service
P.O. Box 11923
Santa Ana, Ca  92711

Kaiser Foundation Health
File 5915
Los Angeles, Ca  90074-5915

Malmer Strapping Co., Inc
8842 E. Somerset Blvd.
Paramount, Ca  90723

Mediterranean Shipping Co.
420 Fifth Ave
New York, Ny  10018-2709

Premium Finance Specialist
P.O. Box 100384
Pasadena, Ca  91189-0384

Valley Alarm
P.O. Box 399
Sun Valley, Ca  91353-0399

**Secured Creditor**
Penske Truck Leasing
Attn: Gunnar
P.O. Box 7429
Pasadena, Ca  91109-7429

**Other Creditors**
Franchise Tax Board
P.O. Box 942840
Sacramento, Ca  94240-0040

Internal Revenue Service
P.O. Box 145566
Cincinnati, Oh  45250-5566

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                 F 9013-3.1.PROOF.SERVICE

La County Tax Collector
P.O. Box 54027
Los Angeles, Ca  90054-0027

Franchise Tax Board
Bankruptcy Business Entities
P.O. Box 2952
Sacramento, Ca 95812-2952

Local IRS Office
611 W. 6th Street 4th Floor
Los Angeles, Ca 90017

**Attorney For Landlord, Az/Cfs West, Inc.**
Jeffrey Sax, Esq.
660 S. Figueroa St. Suite 2400
Los Angeles, Ca 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                     **F 9013-3.1.PROOF.SERVICE**