Scott C. Clarkson, Esq. (SBN 143271)
Eve A. Marsella, Esq. (SBN 165797)
Christine M. Fitzgerald, Esq. (SBN 259014)
CLARKSON, GORE & MARSELLA, APLC
3424 Carson St #350
Torrance, CA 90503
Tel: (310) 542-0111
Fax: (310) 214-7254
Attorneys for Drayage Express, Corp

FILED & ENTERED

DEC 08 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA,**
**LOS ANGELES DIVISION**

In Re

**Drayage Express, Corp.,**
**a California corporation,**

Debtor in Possession.

Case No. 2:09-bk-32783-VZ

Chapter 11

**INTERIM ORDER ON DEBTOR'S MOTION FOR INTERIM USE OF CASH COLLATERAL [FOR THE TIME PERIOD DECEMBER 1, 2010 THROUGH MARCH 31, 2011]**

Date: November 30, 2010
Time: 11:00 a.m.
Ctrm: 1368

The Court, upon consideration of the Motion for Approval for Interim use of Cash Collateral for the Period of December 1, 2010 through March 31, 2011, being fully advised and good cause appearing therefore, hereby

**ORDERS AS FOLLOWS:**

1. The Motion is granted for the period from December 1, 2010 through March 31, 2011.

2. Drayage Express, Corp., Debtor and Debtor in Possession, (the "Debtor") is authorized to use the Wells Fargo Bank, National Association ("WFB") Cash Collateral (as that term is defined in 11. U.S.C. §363(a)) from December 1, 2010 through March 31, 2011 (the "Cash Collateral Period").

3. The Debtor is authorized to use Cash Collateral for the Period, in accordance with the

Amended Budget to the Debtor's Motion for Interim Use of Cash Collateral filed on November 9, 2010 [Docket #196].

4. The Debtor's actual expenditures shall be expressly limited, on a line-item by line-item basis, to the specific dollar amounts and exclusively for the categories set forth in the Budget, except that the Debtor requests that the Debtor may exceed by 5% the budget for any line item, per month, without further order of the Court or written consent of WFB.

5. In the event an expense arises which is not reflected in the Budget and which in the view of the Debtor is an ordinary business expense or un-ordinary but necessary business expense, the Debtor shall advise WFB three (3) business days beforehand in writing of the nature and amount of the proposed expense Debtor proposes to pay with the use of the Cash Collateral. If the Debtor does not receive written acceptance by WFB for the proposed use from WFB within three (3) business days of the request, the request shall be deemed accepted by WFB. When a request is rejected, the Debtor shall not use Cash Collateral to pay that expense absent a further order of this Court and may present a motion for such an order on an emergency or ex parte basis with notice only to WFB, the U.S. Trustee, and parties requesting special notice.

6. The Debtor shall not to make any payments to any "insiders" of the Debtor (as defined in § 101(31) of the Bankruptcy Code), absent filing of notice of Setting Insider Compensation and any other prior compliance with the United States Trustee Guidelines regarding payment of insider compensation.

7. The Debtor shall not sell or otherwise transfer any assets related to or connected with the Collateral outside of the ordinary course of the Debtor's business without any order from the Bankruptcy Court. Finally, the Debtor also agrees that all income generated by the Debtor shall be placed into the Debtor's Debtor in Possession ("DIP") bank accounts.

8. The Debtor shall provide the following adequate protection to WFB:

(1) A replacement post-petition lien on a dollar-for-dollar basis in all post-petition assets of Debtor's Estate whether now owned or hereinafter brought into the Estate (excluding any avoidance actions arising under Bankruptcy Code §§ 554, 545, 546, 547, 548, 549, 550 or any similar provisions of the Bankruptcy Code) to protect against any

diminution in WFB's Cash Collateral or inadequacy of protection;

(2) The Debtor agrees to maintain insurance as required by the requirements of the Office of the United States Trustee and promptly make all required payments therefore, and comply with all other requirements of law that are necessary to preserve and maintain the value of WFB's liens and security interests in the Collateral;

(3) The Debtor shall continue to pay pursuant and subject to the Amended Budget to the Debtor's Motion for Interim Use of Cash Collateral filed on February 1, 2010 (Docket #104).all employment related expenses including but not limited to payroll taxes, benefits, if applicable, and state and federal requirements;

(4) The Debtor shall make normal principal and interest payments to WFB as set forth in the Amended Budget to the Debtor's Motion for Interim Use of Cash Collateral filed on November 9, 2010 [Docket #196].

**IT IS SO ORDERED**

###

DATED: December 8, 2010

United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street., Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described as **INTERIM ORDER ON DEBTOR'S MOTION FOR INTERIM USE OF CASH COLLATERAL [FOR THE TIME PERIOD DECEMBER 1, 2010 THROUGH MARCH 31, 2011]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service i nformation continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **December 3, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge
Honorable Vincent P. Zurzolo
255 E. Temple St., Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 3, 2010 | Brenda L. Campos | /s/ Brenda L. Campos |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **INTERIM ORDER ON DEBTOR'S MOTION FOR INTERIM USE OF CASH COLLATERAL [FOR THE TIME PERIOD DECEMBER 1, 2010 THROUGH MARCH 31, 2011]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **December 3, 2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**See attached service list**

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**See attached service list**

☒ Service information continued on attached page

**SERVICE LIST**

**SECTION I**

**SERVED VIA NEF**

**Counsel for AZ/CFS West, Inc**
David I Brownstein brownsteinlaw@gmail.com
Bonni S Mantovani bm@brownsteinllp.com

**Bankruptcy Mediator**
Alan I Nahmias anahmias@mirmanbubman.com, jdale@mirmanbubman.com

**U.S. Trustee (LA)**
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

**Counsel for U.S. Trustee**
Dare Law dare.law@usdoj.gov

**Counsel for Creditor, Wells Fargo**
Marc Andrews sandra.g.mcmasters@wellsfargo.com

**Counsel for Debtor**
Scott C. Clarkson, Esq. sclarkson@lawcgm.com
Christine M. Fitzgerald, Esq. cfitzgerald@lawcgm.com

**SECTION III**

**SERVED BY THE LODGING PARTY VIA US MAIL**

**DEBTOR**
Drayage Express, Corp.
2835 Ana Street
Rancho Dominguez, CA 90221

**Securities Exchange Commission**
Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

**TOP 20 CREDITORS**
Amerigas
16800 S. Main Street
Gardena, CA 90248-3122

Arrowhead Direct
6661 Dixie Hwy Suite 4
#215
Louisville, KY 40258

**SECTION III CONTINUED**

**SERVED BY THE LODGING PARTY VIA US MAIL**

City of Paramount
c/o Parking Citation Service
P.O. Box 11923
Santa Ana, CA 92711

Kaiser Foundation Health
File 5915
Los Angeles, CA 90074-5915

Malmer Strapping Co., Inc
8842 E. Somerset Blvd.
Paramount, CA 90723

Mediterranean Shipping Co.
420 Fifth Ave
New York, NY 10018-2709

Premium Finance Specialist
P.O. Box 100384
Pasadena, CA 91189-0384

Valley Alarm
P.O. Box 399
Sun Valley, CA 91353-0399

**Secured Creditor**
Penske Truck Leasing
Attn: Gunnar
P.O. Box 7429
Pasadena, CA 91109-7429

**Other Creditors**
Franchise Tax Board
P.O. Box 942840
Sacramento, CA 94240-0040

Internal Revenue Service
P.O. Box 145566
Cincinnati, OH 45250-5566

LA County Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027

Franchise Tax Board
Bankruptcy Business Entities
P.O. Box 2952
Sacramento, CA 95812-2952

**SECTION III CONTINUED**

**SERVED BY THE LODGING PARTY VIA US MAIL**

Local IRS Office
611 W. 6th Street 4th Floor
Los Angeles, CA 90017

**Attorney for Landlord, AZ/CFS West, Inc.**
Law Office of Jeffrey Sax, Esq.
660 S. Figueroa St. Suite 2400
Los Angeles, CA 90017