1  SCOTT C. CLARKSON, ESQ. SBN 143271
   EVE A. MARSELLA, ESQ. SBN 165797
2  CHRISTINE M. FITZGERALD, ESQ. SBN 259014
   CLARKSON, GORE & MARSELLA
3  A PROFESSIONAL LAW CORPORATION
4  3424 Carson Street, Suite 350
   Torrance, California 90503
5  (310) 542-0111 Telephone
   (310) 214-7254 Facsimile
6

7  Attorneys for Debtor, Drayage Express, Corporation

8

9              UNITED STATES BANKRUPTCY COURT

10             CENTRAL DISTRICT OF CALIFORNIA,

11                   LOS ANGELES DIVISION

12 In Re                           | Case No. 2:09-bk-32783-VZ

13 DRAYAGE EXPRESS, CORPORATION    | Chapter 11

14         Debtor in Possession.   | **PROOF OF SERVICE RE:**

15                                 | **ORDER ON DEBTOR'S MOTION TO
16                                 | CONVERT CASE UNDER 11 U.S.C. §§
                                   | 706(a) OR 1112(a)**
17

18

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Proof of Service

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3424 Carson Street, Suite 350, Torrance, CA 90503**

A true and correct copy of the foregoing document described as **PROOF OF SERVICE ON ORDER RE: DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706 (a) or 1112(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 9, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **December 9, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 9, 2010 | Brenda L. Campos | /s/ Brenda Campos |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                   F 9013-3.1.PROOF.SERVICE

# SERVICE LIST

## SECTION I

**SERVED VIA NEF**

**Counsel for AZ/CFS West, Inc**
David I Brownstein    brownsteinlaw@gmail.com
Bonni S Mantovani    bm@brownsteinllp.com

**Bankruptcy Mediator**
Alan I Nahmias    anahmias@mirmanbubman.com, jdale@mirmanbubman.com

**U.S. Trustee (LA)**
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**Counsel for U.S. Trustee**
Dare Law    dare.law@usdoj.gov

**Counsel for Creditor, Wells Fargo**
Marc Andrews    sandra.g.mcmasters@wellsfargo.com

**Counsel for Debtor**
Scott C. Clarkson, Esq.    sclarkson@lawcgm.com
Christine M. Fitzgerald, Esq.    cfitzgerald@lawcgm.com

## SECTION II

**SERVED VIA US MAIL**

**JUDGE**
Honorable Vincent P. Zurzolo
255 E. Temple Street
Suite 1362
Los Angeles, CA 90012

**DEBTOR**
Drayage Express, Corp.
2835 Ana Street
Rancho Dominguez, CA 90221

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

## SECTION II CONTINUED

## SERVED VIA US MAIL

### Securities Exchange Commission
Securities Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA  90036

### TOP 20 CREDITORS
Amerigas
16800 S. Main Street
Gardena, CA  90248-3122

Arrowhead Direct
6661 Dixie Hwy Suite 4
#215
Louisville, KY  40258

City of Paramount
c/o Parking Citation Service
P.O. Box 11923
Santa Ana, CA  92711

Kaiser Foundation Health
File 5915
Los Angeles, CA  90074-5915

Malmer Strapping Co., Inc
8842 E. Somerset Blvd.
Paramount, CA  90723

Mediterranean Shipping Co.
420 Fifth Ave
New York, NY  10018-2709

Premium Finance Specialist
P.O. Box 100384
Pasadena, CA  91189-0384

Valley Alarm
P.O. Box 399
Sun Valley, CA  91353-0399

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                            F 9013-3.1.PROOF.SERVICE

## SECTION II CONTINUED

## SERVED VIA US MAIL

### Secured Creditor
Penske Truck Leasing
Attn: Gunnar
P.O. Box 7429
Pasadena, CA  91109-7429

### Other Creditors
Franchise Tax Board
P.O. Box 942840
Sacramento, CA  94240-0040

Internal Revenue Service
P.O. Box 145566
Cincinnati, OH  45250-5566

LA County Tax Collector
P.O. Box 54027
Los Angeles, CA  90054-0027

Franchise Tax Board
Bankruptcy Business Entities
P.O. Box 2952
Sacramento, CA 95812-2952

Local IRS Office
611 W. 6th Street 4th Floor
Los Angeles, CA 90017

### Attorney for Landlord, AZ/CFS West, Inc.
Law Office of Jeffrey Sax, Esq.
660 S. Figueroa St. Suite 2400
Los Angeles, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                        F 9013-3.1.PROOF.SERVICE