Law Offices of<br>
Jeffrey F. Sax<br>
660 South Figueroa Street<br>
Suite 2400<br>
Los Angeles, California 90017<br>
213-623-5700

December 4, 2010

United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Room 940
Los Angeles, CA 90012

Re:   Notice of Cessation of Law Practice
      In Re: Drayage Express Corp.
      Case No. 2:09-bk-32783-VZ

On behalf Elizabeth Sax, personal representative of Jeffrey F. Sax, you are notified that Jeffrey F. Sax is deceased and has ceased to practice law. This notice is being sent to you pursuant to Business and Professions Code sections 6180 and 6180.1. This notice is executed by the Special/Limited Power of Attorney for Elizabeth Sax.

This notice is also being provided to Mr. Sax's client in this matter and to all counsel of record.

Sincerely,

Elizabeth Sax
by David L. Brandon