Scott C. Clarkson, Esq. (SBN 143271)
Eve A. Marsella, Esq. (SBN 165797)
Christine M. Fitzgerald, Esq. (SBN 259014)
CLARKSON, GORE & MARSELLA, APLC
3424 Carson St #350
Torrance, CA 90503
Tel: (310) 542-0111
Fax: (310) 214-7254
Attorneys for Drayage Express, Corp

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA,
## LOS ANGELES DIVISION

In Re

**Drayage Express, Corp.,**
**a California corporation,**

Debtor in Possession.

Case No. 2:09-bk-32783-VZ

Chapter 7

**SCHEDULE OF UNPAID POST PETITION DEBTS**

    Drayage Express Corporation, Chapter 7 Debtor in the above captioned case ("Debtor"), hereby submits its Schedule of Unpaid Post Petition Debts, pursuant to the Order on Debtor's Motion to Convert Case under 11 U.S.C. §§ 706(a) or 1112(a).

    On December 8, 2010, the Court entered an Order converting the Debtor's case from a Chapter 11 to a Chapter 7 pursuant to § 1112(a) (the "Order"), which required Debtor to file a schedule of its unpaid debts incurred after commencement of the Chapter 11 case. Accordingly, a true and correct copy of a schedule of the Debtor's unpaid post petition debts are attached hereto as **Exhibit "A"**.

///

///

///

1

Dated: December 22, 2010     CLARKSON, GORE & MARSELLA, APLC

By /s/ Scott C. Clarkson
Scott C. Clarkson
Eve A. Marsella
Christine M. Fitzgerald
Attorneys for Drayage Express, Corp.,
Chapter 7 Debtor

2

SCHEDULE OF UNPAID POST PETITION DEBTS

# EXHIBIT "A"

# Drayage Express, Corp.

Status on Payables   as of 12/15/10

| ACCOUNT NAME | INV# OR ACT# | AMOUNT | DUE | REMARKS |
|---|---|---|---|---|
| **Kaiser Foundation Health Plan** | 221358 | $ 3,929.00 | | |
| FILE 5915 | | | | |
| LOS ANGELES, CA 90074 | | | | |
| 800-731-4661 | | | | |
| | | | | |
| **Southern Calif. Edison** | 2-33-016-5432 | $ 1,187.13 | | THIS COMPANY DOES HAVE A SECURITY |
| P.O. BOX 300 | | | | DEPOSIT FOR DRAYAGE EXPRESS CORP |
| ROSEMEAD, CA 91772 | | | | |
| 800-990-7788 | | | | |
| | | | | |
| **SPRINT** | 195344926 | $ 259.57 | | |
| PO BOX 4181 | | | | |
| CAROL STREAM, IL 60197 | | | | |
| 877-639-8351 | | | | |
| | | | | |
| **WASTE MANAGEMENT** | 159-0102641-0159-2 | $ 702.30 | | |
| PO BOX 7814 | | | | |
| BALDWIN PARK, CA 91706 | | | | |
| 800-774-0222 | | | | |
| | | | | |
| **HOMEPLACE** | 38061 | $ 694.68 | | |
| 209 E. I STREET | | | | |
| ONTARIO, CA 91764 | | | | |
| 909-292-0340 | | | | |
| ATTN: JUDY | | | | |
| | | | | |
| **CALIF. WATER** | 6559150473 | $ 84.20 | | |
| PO BOX 940001 | 4315928090 | $ 77.82 | | |
| SAN JOSE, CA 95194 | | | | |
| 310-257-1400 | | | | |
| | | | | |
| **PENSKE TRUCK LEASING CO.** | 1818881 | $ 4,117.00 | | THESE TRUCKS WERE TURNED IN |
| PO BOX 7429 | | | | |
| PASADENA, CA 91109 | | | | |
| 310-327-3210 | | | | |
| | | | | |
| **ARROWHEAD** | 25407263 | $ 142.24 | | |
| PO BOX 856158 | | | | |
| LOUISVILLE, KY 40285 | | | | |
| 800-950-9393 | | | | |

| | | | | |
|---|---|---|---|---|
| **THE GAS COMPANY** | 1290129988 | $ 24.85 | | |
| PO BOX C | | | | |
| MONTEREY PARK, CA 91756 | | | | |
| 800-427-2000 | | | | |
| | | | | |
| **VALLEY ALARM** | 11074 | $ 400.00 | | THIS SERVICE WAS CANCELED AND |
| PO BOX 399 | | | | THEY ARE TRYING TO BILL FOR THE |
| SUN VALLEY, CA 91353 | | | | TWO MONTHS THAT WE WERE NOT AT |
| 818-285-1500 | | | | THE LOCATION. |
| | | | | |
| **AT&T FINAL BILL** | 3106082871-796-4 | $ 1,618.80 | | THIS BILL IS INVALID. THEY SENT US A |
| PAYMENT CENTER | | | | FINAL BILL LAST MONTH WHICH WAS |
| SACRAMENTO, CA 95887 | | | | PAID AND NOW THEY SEND THIS BILL |
| 800-750-2355 | | | | SAYING WE TERMINATED THE SERVICE |
| | | | | EARLY. |
| | | | | |
| **CHARTIS** | WC 3429747 | $ 1,967.00 | | THIS IS A BALANCE PAYMENT DUE FOR |
| PO BOX 409 | | | | WORKERS COMP INSURANCE. |
| PARSIPPANY, NJ 07054 | | | | |
| 800-645-2259 | | | | |
| | | | | |
| **BANK DIRECT** | 199996 | $ 1,652.74 | | THIS IS A INSURANCE POLICY FOR |
| TWO CONWAY PARK | | | | WORKERS COMP |
| 150 NORTH FIELD DRIVE # 190 | | | | |
| LAKE FOREST, IL 60045 | | | | |
| 877-226-5456 | | | | |
| | | | | |
| **D.M.V** | 88755 | $ 2.00 | | THIS IS FOR PULL NOTICES WITH D.O.T. |
| PO BOX 825339 | | | | |
| SACRAMENTO, CA 94332 | | | | |
| 916-657-6474 | | | | |
| | | | | |
| **AMERIGAS** | 5402031488 | $ 549.77 | | |
| PO BOX 7155 | | $ 200.55 | | |
| PASADENA, CA 91109 | | $ 578.16 | | |
| 800-834-4169 | | $ 456.42 | | |
| | | | | |
| **Clarkson, Gore & Marsella** | | $ 65,000.00 | | |
| APLC | | | | |
| 3424 CARSON STREET # 350 | | | | |
| TORRANCE, CA 90503 | | | | |
| 310-542-0111 | | | | |
| | | | | |
| **Office of the United States Trustee** | approximately | $ 4,875.00 | | |
| | | | | |

|                 |               |              |   |   |
|-----------------|---------------|--------------|---|---|
|                 |               |              |   |   |
| **AZ WEST**     | approximately | $ 134,000.00 |   |   |
|                 |               |              |   |   |
|                 |               |              |   |   |
| **Wells Fargo Bank** | approximately | $ 98,000.00 |   |   |
|                 |               |              |   |   |
|                 |               |              |   |   |
|                 |               |              |   |   |
|                 |               |              |   |   |
|                 |               |              |   |   |
|                 |               |              |   |   |

As of December 15, 2010                                                5:00 PM
D.I.P OPERATING          $        126,392.95   ON HAND
D.I.P. PAYROLL           $          1,472.71   ON HAND
D.I.P. TAX               $          1,504.00   ON HAND
OPEN A/R'S               $         33,470.00

PLEASE NOTE THAT ALL INVOICES MENTIONED ABOVE ARE INVOICES THAT WERE SENT TO DRAYAGE EXPRESS CORP
AFTER November 24, 2010

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street, Suite 350 Torrance, CA 90503

A true and correct copy of the foregoing document described as **SCHEDULE OF UNPAID POST PETITION DEBTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 22, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **December 22, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 22, 2010 | Brenda L. Campos | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                           F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

### Section I

**Served via NEF**

**US Trustee**
Ustpregion16.la.ecf@usdoj.gov

### Section II

**Served via US Mail**

**JUDGE**
Honorable Vincent P. Zurzolo
255 E. Temple St., Suite 1360
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE