BARRY R. GORE, ESQ. SBN 143278
CHRISTINE M. FITZGERALD, ESQ. SBN 259014
SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
A Professional Law Corporation
3424 Carson Street, Suite 350
Torrance, California 90503
Telephone: (310) 542-0111
Facsimile: (310) 214-7254

Attorneys for Drayage Express, Corp

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA,
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re<br><br>**Drayage Express, Corp.,**<br>**a California corporation,**<br><br>Debtor in Possession. | Case No. 2:09-bk-32783-VZ<br><br>Chapter 7<br><br>**AMENDED SCHEDULE OF UNPAID POST PETITION DEBTS** |

  Drayage Express Corporation, Chapter 7 Debtor in the above captioned case ("Debtor"), hereby submits this Amended Schedule of Unpaid Post Petition Debts, pursuant to the Order on Debtor's Motion to Convert Case under 11 U.S.C. §§ 706(a) or 1112(a).

  Please find attached hereto as **Exhibit "A"** a true and correct copy amended schedule of the Debtor's unpaid post petition debts

Dated: January 26, 2011

SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
A Professional Law Corporation

By: /s/ Christine M. Fitzgerald
Christine M. Fitzgerald
Counsel to Drayage Express Corp.

1
AMENDED SCHEDULE OF UNPAID POST PETITION DEBTS

# Drayage Express, Corp.

Status on Payables    TO DATE

| ACCOUNT NAME | INV# OR ACT# | AMOUNT | DUE | REMARKS |
|---|---|---|---|---|
| Kaiser Foundation Health Plan | 221358 | $ 3,929.00 | | I was able to get this canceled so no |
| FILE 5915 | | $ (3,929.00) | | payment should be due. |
| LOS ANGELES, CA 90074 | | | | |
| 800-731-4661 | | | | |
| | | | | |
| | | | | |
| Southern Calif. Edison | 2-33-016-5432 | $ 3,225.00 | deposit | Edison company said they will deduct |
| P.O. BOX 300 | | $ (1,187.13) | | outstanding balances from the security |
| ROSEMEAD, CA 91772 | | $ (1,050.80) | | deposit they have. Unused deposit will |
| 800-990-7788 | | | | be sent back to company. |
| | | | | |
| | | | | |
| SPRINT | 195344926 | $ 259.57 | | this account is closed but has a balance |
| PO BOX 4181 | | $ (17.24) | | due after adjusted credit. Balance is |
| CAROL STREAM, IL 60197 | | | | $242.33 |
| 877-639-8351 | | | | |
| | | | | |
| | | | | |
| WASTE MANAGEMENT | 159-0102641-0159-2 | $ 702.30 | | this account should be closed as of |
| PO BOX 7814 | | $ (702.30) | | December 1st they said they will cancel |
| BALDWIN PARK, CA 91706 | | | | the invoice |
| 800-774-0222 | | | | |
| | | | | |
| HOMEPLACE | 38061 | $ 1,273.71 | | this covers various insurance premiums |
| 209 E. I STREET | | | | that were not paid in full. |
| ONTARIO, CA 91764 | | | | |
| 909-292-0340 | | | | |
| ATTN: JUDY | | | | |
| | | | | |
| CALIF. WATER | 6559150473 | $ 159.26 | | this is balance due after credits |
| PO BOX 940001 | 4315928090 | $ 64.71 | | this is balance due after credits |
| SAN JOSE, CA 95194 | | | | |
| 310-257-1400 | | | | |
| | | | | |
| PENSKE TRUCK LEASING CO. | 1923903 | $ 4,117.00 | | THESE TRUCKS WERE TURNED IN |
| PO BOX 7429 | 2044247 | $ (3,893.28) | | and I think they canceled this invoice |
| PASADENA, CA 91109 | | | | however they did not send anything. |
| 310-327-3210 | | | | |
| | | | | |
| ARROWHEAD | 25407263 | $ 382.14 | | some of the charges on this account |
| PO BOX 856158 | | | | would be challenge since they are not |
| LOUISVILLE, KY 40285 | | | | accurate from what I can see. |
| 800-950-9393 | | | | |

| | | | | |
|---|---|---|---|---|
| THE GAS COMPANY | 1290129988 | $ 66.98 | | this is a balance due on account |
| PO BOX C | | | | |
| MONTEREY PARK, CA 91756 | | | | |
| 800-427-2000 | | | | |
| | | | | |
| VALLEY ALARM | 11074 | $ 400.00 | | THIS SERVICE WAS CANCELED AND |
| PO BOX 399 | | | | THEY ARE TRYING TO BILL FOR THE |
| SUN VALLEY, CA 91353 | | | | TWO MONTHS THAT WE WERE NOT AT |
| 818-285-1500 | | | | THE LOCATION. |
| | | | | |
| AT&T FINAL BILL | 3106082871-796-4 | $ 1,618.80 | | THIS BILL IS INVALID. THEY SENT US A |
| PAYMENT CENTER | | | | FINAL BILL LAST MONTH WHICH WAS |
| SACRAMENTO, CA 95887 | | | | PAID AND NOW THEY SEND THIS BILL |
| 800-750-2355 | | | | SAYING WE TERMINATED THE SERVICE |
| | | | | EARLY. |
| | | | | |
| CHARTIS | WC 3429747 | $ 1,967.00 | | THIS IS A BALANCE PAYMENT DUE FOR |
| PO BOX 409 | | | | WORKERS COMP INSURANCE. |
| PARSIPPANY, NJ 07054 | WC 999365 | $ 1,993.00 | | this is a balance due from a audit for |
| 800-645-2259 | | | | increased premium. |
| | | | | |
| BANK DIRECT | 199996 | $ 1,735.38 | | THIS IS A INSURANCE POLICY FOR |
| TWO CONWAY PARK | | | | WORKERS COMP AND MAY BE CREDITED |
| 150 NORTH FIELD DRIVE # 190 | | | | SINCE CHARTIS HAS INVOICED. BANK |
| LAKE FOREST, IL 60045 | | | | DIRECT I THINK WOULD SHOW UN |
| 877-226-5456 | | | | EARNED PREMIUM. |
| | | | | |
| D.M.V | 88755 | $ 4.00 | | THIS IS FOR PULL NOTICES WITH D.O.T. |
| PO BOX 825339 | | | | |
| SACRAMENTO, CA 94332 | | | | |
| 916-657-6474 | | | | |
| | | | | |
| AMERIGAS | 5402031488 | $ 549.77 | | THESE ARE FOR INVOICES OF PROPANE |
| PO BOX 7155 | | $ 312.40 | | THAT WAS USED TO SHIP OUT DRAYAGE |
| PASADENA, CA 91109 | | $ 491.42 | | CUSTOMERS FREIGHT |
| 800-834-4169 | | $ 578.16 | | |
| | | $ 200.55 | | |
| | | | | |
| Clarkson, Gore & Marsella | | $ 65,000.00 | | |
| APLC | | | | |
| 3424 CARSON STREET # 350 | | | | |
| TORRANCE, CA 90503 | | | | |
| 310-542-0111 | | | | |
| | | | | |
| Office of the United States | approximately | $ 4,875.00 | | |
| Trustee | | | | |



|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
| AZ WEST | approximately | $ 134,000.00 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Wells Fargo Bank | approximately | $ 98,000.00 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

As of January 24, 2011                                   7:00 AM
D.I.P OPERATING            $      146,466.50   ON HAND
D.I.P. PAYROLL             $        1,461.01   ON HAND
D.I.P. TAX                 $        1,492.00   ON HAND
OPEN A/R'S                 $       13,392.25   these open invoices in the A/R are bad dedts. All good
                                               collectable invoices have been collected and deposited.
PLEASE NOTE THAT ALL INVOICES MENTIONED ABOVE ARE INVOICES THAT WERE SENT TO DRAYAGE EXPRESS CORP
AFTER November 24, 2010

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3424 Carson Street, Suite 350, Torrance, CA 90503**

A true and correct copy of the foregoing document described as **Amended Schedule of Unpaid Post Petition Debts** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **_January 27, 2011_** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **_January 27, 2011_** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 27, 2011** | **Carla Benson** | _/s/ Benson_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

## SECTION I

### SERVED VIA NEF

**Counsel for AZ/CFS West, Inc**
David I Brownstein    brownsteinlaw@gmail.com
Bonni S Mantovani    bm@brownsteinllp.com

**Bankruptcy Mediator**
Alan I Nahmias    anahmias@mirmanbubman.com, jdale@mirmanbubman.com

**U.S. Trustee (LA)**
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**Counsel for U.S. Trustee**
Dare Law    dare.law@usdoj.gov

**Counsel for Creditor, Wells Fargo**
Marc Andrews    sandra.g.mcmasters@wellsfargo.com

**Counsel for Debtor**
Christine M. Fitzgerald, Esq.    cfitzgerald@scckg.com

**Chapter 7 Trustee**
Elissa Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;emiller@ecf.epiqsystems.com

## SECTION II

### SERVED VIA US MAIL

**JUDGE**
Honorable Vincent P. Zurzolo
255 E. Temple Street
Suite 1362
Los Angeles, CA 90012

**Chapter 7 Trustee**
Elissa Miller
333 S. Hope St., 35th Floor
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                F 9013-3.1.PROOF.SERVICE